UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PHILLIP ALFONSE,

Plaintiff,

v. Case No. 2:26-cv-3060-SPC-KRH

LIEUTENANT JANE DOE, OFFICER JOHN DOE I, OFFICER JOHN DOE II, and OFFICER JOHN DOE III,

Defendants.

---

# ORDER

This is a civil rights case brought pursuant to 42 U.S.C. § 1983 by Phillip Alphonse, a Florida state prisoner acting *pro se*. (Doc. 1). For the reasons that follow, the Court finds this action is due to be closed as duplicative of an action Alfonse recently filed earlier in this Court, *Alfonse v. Lt. Jane Doe, et al*, No. 2:26-cv-3039-SPC-KRH, Doc. 1 (M.D. Fla. Nov. 9, 2026) (the '3039 Case).

Alphonse is confined at the Suwannee Correctional Institution. The complaint form in this case, 2:26-cv-3060-SPC-KRH, was docketed on November 12, 2026. The '3039 Case was docketed on November 9, 2026. The complaint in the '3039 case and the complaint in this case were mailed to the Court in separate envelopes, each bearing a postmark of November 3, 2026.

In both complaints, Alphonse names the same four Defendants, officials employed at the Charlotte Correctional Institution (CCI), fictitiously identified as Lieutenant Jane Doe and Officers John Doe "I," "II," and "III" (collectively the "John Doe Defendants"). Alphonse's claims in each complaint arise out of an incident that allegedly occurred at CCI, in Y-Dorm cell 1101, on December 4, 2025. Specifically, he alleges that the John Doe Defendants subjected him to excessive force by physically attacking him and repeatedly slamming him with the cell door. He further alleges that Lieutenant Jane Doe witnessed the attack and failed to intervene. Alphonse thus claims in each complaint that the Defendants are liable under § 1983 for violating his rights under the Eighth Amendment's prohibition of cruel and unusual punishment.

To avoid duplication, a district court may dismiss an action where the issues presented can be resolved in an earlier filed action. *United Wu Enters., Inc. v. Mon Cheri Bridals, LLC*, No. 2:05CV143 FTM99SPC, 2007 WL 646964, at *4 (M.D. Fla. Feb. 27, 2007). The allegations and claims in this action are duplicative of those in the '3039 Case. Accordingly, the Court **DIRECTS** the Clerk to file the complaint in the instant case as an amended pleading in the '3039 case. The Court further **DIRECTS** the Clerk to close this case as duplicative of the '3039 case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 13, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-3
Copies: All Parties of Record